**Order entered September 12, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00752-CV

### J. KYLE BASS, ET AL., Appellants

### V.

### UNITED DEVELOPMENT FUNDING, L.P., ET AL., Appellees

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-06253-C**

## ORDER

Before the Court is appellees' September 10, 2018 motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **October 22, 2018**. We caution appellees that further requests for extension will be disfavored.

/s/ ADA BROWN
   JUSTICE